BEFORE THE SECOND DIVISION, OCTOBER 31, 1966

**No. P66/315.**—I. B. Cohen & Sons, Corp. et al. *v.* United States, protests 66/4621, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P66/316.**—Jean R. Graef, Inc. *v.* United States, protests 58/25130, etc. (New York).

**No. P66/317.**—Jean R. Graef, Inc. *v.* United States, protests 61/13, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of watch movements similar in all material respects to those the subject of *Benrus Watch Company et al.* v. *United States* (53 Cust. Ct. 28, C.D. 2469), wherein said watch movements were held to be unadjusted and, accordingly, not subject to any additional duty for adjustments, the claim of the plaintiffs was sustained.

**No. P66/318.**—Seedman International Corp. *v.* United States, protest 66/5197 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 2, 1966

**No. P66/319.**—Gorton's of Gloucester, Inc. *v.* United States, protests 58/20933, etc. (Boston).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of fish fillets, bits, and pieces, compressed and frozen in blocks, similar in all material respects to those the subject of *Gorton's of Gloucester, Inc.* v. *United States* (52 CCPA 86, C.A.D. 863), the claim of the plaintiff was sustained.